No. A–562. GARNER v. UNITED STATES. C. A. D. C. Cir. Application for reconsideration of denial of bail presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–640 (71–595). NICHOL, DISTRICT ATTORNEY OF DANE COUNTY, ET AL. v. KENNAN ET AL. Appeal from D. C. W. D. Wis. Application for stay of interlocutory injunction and of further proceedings presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 68–5027. AIKENS v. CALIFORNIA. Sup. Ct. Cal.;
No. 69–5003. FURMAN v. GEORGIA. Sup. Ct. Ga.;
No. 69–5030. JACKSON v. GEORGIA. Sup. Ct. Ga.; and
No. 69–5031. BRANCH v. TEXAS. Ct. Crim. App. Tex. [Certiorari granted, 403 U. S. 952.] Motion of American Civil Liberties Union for leave to participate in oral argument as *amicus curiae* denied.

No. 71–609. TERMINAL FREIGHT HANDLING CO. ET AL. v. SOLIEN. C. A. 8th Cir. Motion to defer consideration granted.

No. 71–5103. MORRISSEY ET AL. v. BREWER, WARDEN, ET AL. [Certiorari granted, *ante,* p. 999.] Motion of petitioners for appointment of counsel granted. It is ordered that W. Don Brittin, Jr., Esquire, of Des Moines, Iowa, be, and he is hereby, appointed to serve as counsel for petitioners in this case.

No. 71–507. KEYES ET AL. v. SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL. C. A. 10th Cir. Certiorari granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.